RUTH GREENBERG and Another, Plaintiffs, *v.* ELBEE CHOCOLATE Co., INC., and Another, Defendants.

City Court of New York, New York County, May 10, 1932.

*Ireland, Caverly & Hendrickson* [*Leo L. Walton* of counsel], for the motion.

*Panken & Levy* [*Matthew M. Levy* of counsel], opposed.

WENDEL, J. This motion is denied. The moving defendant is not only guilty of laches, but has also waived any rights it might otherwise have by its recognition of this division of the court as the one in which the action is pending.